**Order entered May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01577-CV

**WAYNE A. RAND, Appellant**

**V.**

**DOROTHY DENNISE RAND, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-1306590**

## ORDER

By order entered May 5, 2015, we directed Dallas County District Clerk Felicia Pitre to file, no later than May 14, 2015, a supplemental clerks' record containing the following items:

- February 20, 2015 "motion for bench warrant;"
- February 20, 2015 "letter to Brad Nace;"
- February 26, 2015 "motion to deny petitioner's motion to deny motion for new trial;"
- March 3, 2015 "notice Wayne Rand appeared ready for hearing but 255th and petitioner were no show;"
- March 12, 2015 "motion of addendum;" and,
- March 19, 2015 "motion for reconsideration."

To date, however, no record has been filed. Accordingly, we again **ORDER** Ms. Pitre to file a supplemental clerk's record containing those items. If any of the requested items cannot be located, Ms. Pitre shall file written verification so stating. The record, and any verification, shall be filed no later than June 1, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and all parties.

/s/    CRAIG STODDART
JUSTICE